UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AZAEL DYTHIAN PERALES,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Respondent. | No. SACV 10-1250-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of habeas jurisdiction.

DATED:  August 25, 2010

JAMES V. SELNA
United States District Judge